UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO: 08-22316

PATRICIA LAMPEL,

    Plaintiff,
vs.

GOLD

CARNIVAL CORPORATION, a foreign
corporation, d/b/a CARNIVAL CRUISE LINES,

/ McALILEY

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, PATRICIA LAMPEL, by and through her undersigned attorney, and hereby sues the Defendant, CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES, and alleges as follows:

1. That at all times material hereto, this is an action which arises under 28 USC §1333 in that there is diversity between the parties.

2. That at all times material hereto, the Plaintiff, PATRICIA LAMPEL, was a resident of Palm Harbor, Florida.

3. That at all times material hereto, the Defendant, CARNIVAL CORPORATION, is a Panamanian corporation which was doing business as CARNIVAL CRUISE LINES, hereinafter referred to as "CARNIVAL", was doing business in Miami-Dade County, Florida, and was the owner/operator of the cruise ship GLORY.

1

4. That this is an action for damages in excess of Seventy Five Thousand ($75,000.00) Dollars.

5. That in the alternative, this action arises under the general maritime law of the Untied States and this Court has jurisdiction pursuant to 28 USC §1333.

6. That on or about May 26, 2007, the Plaintiff, with her sister, boarded the Defendant's cruise vessel at Port Canaveral, Florida for a seven (7) day cruise. A copy of the ticket is attached hereto and marked as Plaintiff's Exhibit "A".

7. That at all times material, the Defendant, CARNIVAL, had a duty to use reasonable care under the circumstances for the safety of the Plaintiff.

8. That on or about June 1, 2007, while the Plaintiff was attempting to use an elevator to go to her cabin, she was suddenly caused to slip and fall due to a wet floor in the elevator which had been mopped by a CARNIVAL employee. The Plaintiff had been told by the Defendant's employee that the elevator was safe to use. That as a result of the accident, the Plaintiff sustained serious injuries as more fully hereafter alleged.

9. That the Defendant, CARNIVAL, breached the duty of care which it owed to the Plaintiff, and was negligent in one or more of the following manner:

   a. That the Defendant created and allowed a dangerous and hazardous condition to exist in the elevator.

   b. That the Defendant negligently failed to properly dry the floor after its employee had wet mopped the elevator in question.

   c. That the Defendant, by and through its employee, negligently represented to the Plaintiff that the elevator was in a safe and dry condition, and was suitable for use.

d.  That the Defendant negligently failed to warn the Plaintiff about a wet and dangerous condition.

10. That as a direct and proximate result of the negligence of the Defendant, the Plaintiff sustained injuries, has suffered and will continue to suffer the following damages:

a. Personal injury;

b. Pain and suffering;

c. Disability;

d. Mental Anguish;

e. Loss of capacity for the enjoyment of life;

f. Medical expenses in the past, present and future;

g. Loss of earnings;

h. Loss of earning capacity;

i. Aggravation of any pre-existing physical condition;

j. All other damages as allowable by law.

WHEREFORE, the Plaintiff, PATRICIA LAMPEL, demands judgment against the Defendant, CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES, including costs and pre-judgment interest, and further demands trial by jury of all issues so triable as a matter of right, as well as any further relief as this Court deems just and appropriate.

DATED this August 19, 2008.

3

Respectfully submitted,

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102nd Avenue
Suite A
Miami, FL 33173
Telephone: (305) 271-8282
Facsimile: (305) 595-9776

By_____
ANDREW L. WAKS
FL BAR NO: 241350

# Carnival Cruise Lines.

3655 Northwest 87th Avenue, Miami, Florida 33178-2428 1-800-CARNIVAL (227-6482)

**AGENCY CONFIRMATION**
as of 02/27/07

BOOKING: 7Q4S39
SAILING: CARNIVAL GLORY 05/26/07 (7 DAY)
CABIN: 7338   CATEGORY: 8B
RATES BASED ON CATEGORY: 8A
AGENT:   KELLY   (618) 655-9520
         YTB TRAVEL & CRUISES
         1901 EAST EDWARDSVILLE RD.
         WOOD RIVER, IL  62095

| GUEST | DEPARTING | NOTE |
|---|---|---|
| MRS KELLY FRITZ<br>MS PATRICIA LAMPEL | CRUISE ONLY<br>CRUISE ONLY | |

Dining on Request: 06:00 PM

## IMPORTANT
o See brochure or Things to Know Before You Cruise for Important Policies, i.e. minors, pregnancy, infants, etc. Ages of guests will be verified at the time of embarkation. Any guest determined to be in violation of these policies will be denied boarding, and NO REFUND WILL BE ISSUED. No exceptions are made to these policies.
o It is mandatory that guests with any medical or physical special requirements, contact the Reservations Sales Department.

### ADDITIONAL NOTES
o FARE: CRUISE ONLY RATE
o Service charges will be applied for changes made within 60 days of sailing.
o We highly recommend that all Guests purchase our Vacation Protection Plan.
o Cancellations made after 03/11/07 will be assessed appropriate penalties.
o Please review the General Information Section of the brochure for Passport Data, Vacation Protection Plan coverage and cancellation policies.
o Guests are prohibited from bringing alcoholic beverages onboard the ship while docked in the port of embarkation.
o Please note: any occupancy changes may require a cabin change, subject to availability.

Dining on Request: Requested times are not guaranteed. A confirmed dining time will be given at embarkation.

### IMPORTANT NOTES FOR PASSPORT REQUIREMENTS
o Please visit WWW.CARNIVAL.COM for passport requirements for air and cruise travel.

## ITEMIZED CHARGES

| | |
|---|---|
| Cruise Fare | $ 1640.00 |
| NonCommission Fare | $ 318.00 |
| Add-on Amount | $ 0.00 |
| Credit/Coupon | $ 0.00 |
| Vac Prot | $ 0.00 |
| Tour Package | $ 0.00 |
| Prepaid Gratuities | $ 0.00 |
| Transfers | $ 0.00 |
| Administration Fees | $ 0.00 |
| Deviation Fees | $ 0.00 |
| Airport Fees | $ 0.00 |
| Federal Taxes/Fees | $ 109.98 |
| Amount to Collect | $ 2267.98 |
| Commission | $ 294.40 |
| Payments Received | $ 500.00 |
| Balance Due | $ 1473.58 |
| Amount Due | $ 1473.58 |

Final Payment Date   03/12/07
And Time   11:00AM EST

Rates are subject to change at any time.
Please notify our office of an address change. Any discrepancies/changes to your reservation must be called into our Reservations department.

### 7 day Eastern Caribbean sailing

| DAY | PORT | ARRIVE | DEPART |
|---|---|---|---|
| SAT. | PORT CANAVERAL | | 4:00 PM |
| SUN | NASSAU | 8:30 AM | 2:00 PM |
| MON. | FUN DAY AT SEA | | |
| TUE. | ST THOMAS | 10:00 AM | 6:00 PM |
| WED. | ST MAARTEN | 8:00 AM | 6:00 PM |
| THU | FUN DAY AT SEA | | |
| FRI. | FUN DAY AT SEA | | |
| SAT. | PORT CANAVERAL | 7:30 AM | |

PLAINTIFF'S Exhibit A

# CIVIL COVER SHEET

**08-22316**

◎JS 44 (Rev. 2/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
PATRICIA LAMPEL

## DEFENDANTS
CARNIVAL CORPORATION

**CIV - GOLD**

(b) County of Residence of First Listed Plaintiff: Palm Harbor, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Andrew L. Waks, Esq./ WAKS & BARNETT, P.A.
7103 SW 102 Ave., Suite A, Miami, FL 33173
Tel: (305) 271-8282

Attorneys (If Known): unknown / McALILEY

Dade 08 / 22316 CIV ASG mcAliley

(d) Check County Where Action Arose: ✓ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
✓ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ✗ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ✗ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ✗ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 871 IRS— Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✗ NO       b) Related Cases ☐ YES ✗ NO
JUDGE _____       DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): 28 USC 1333

LENGTH OF TRIAL via 3-4 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ✗ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ [signature]
DATE 8/20/08

FOR OFFICE USE ONLY
AMOUNT $350   RECEIPT # 985648   IFP

08/20/08